**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**

| | |
|---|---|
| CHRISTOPHER WILLIAMS & | |
| SHELEITHE WILLIAMS | PLAINTIFFS |
| | |
| VS. | CIVIL ACTION NO.:3:06CV592HTW-LRA |
| | |
| PATRICK MCGEE; HOMECOMINGS | |
| FINANCIAL NETWORK, INC.; RICHARD M. | |
| LINGLE, PLLC; AMSTAR; PREMIER MORTGAGE; | |
| JP MORGAN CHASE BANK; AND JOHN DOES 1-10 | DEFENDANTS |
| | |
| HOMECOMINGS FINANCIAL, LLC, | |
| FORMERLY KNOWN AS | |
| HOMECOMINGS FINANCIAL NETWORK, INC. | COUNTER-PLAINTIFF |
| | |
| VS. | CIVIL ACTION NO.:3:06CV592HTW-LRA |
| | |
| CHRISTOPHER WILLIAMS & | |
| SHELEITHE WILLIAMS | COUNTER-DEFENDANTS |
| | |
| HOMECOMINGS FINANCIAL, LLC, | |
| FORMERLY KNOWN AS | |
| HOMECOMINGS FINANCIAL NETWORK, INC. | CROSS-PLAINTIFF |
| | |
| VS. | CIVIL ACTION NO.:3:06CV592HTW-LRA |
| | |
| PATRICK V. MCGEE and | |
| RICHARD M. LINGLE, PLLC | CROSS-DEFENDANTS |

**<u>ORDER</u>**

Before this court is the motion of the defendant/cross-defendant Richard M. Lingle for summary judgment on cross-claims, or alternatively, motion to stay proceedings [docket # 84].

On May 30, 2008, Magistrate Judge Linda Anderson entered an agreed order staying cross-claims and related proceedings pending arbitration [docket # 119]. Magistrate Judge Anderson stayed these proceedings until December 1, 2008 [docket # 119].

Inasmuch as Magistrate Judge Anderson stayed these proceedings until December 1, 2008, this court hereby terminates defendant/cross-defendant Richard M. Lingle's motion for summary judgment on cross-claims, or alternatively, motion to stay proceedings as moot.  As ordered in the court's May 30, 2008 agreed order, the parties are directed to advise Magistrate Judge Anderson of the status of the arbitration on or before December 1, 2008.

**SO ORDERED**, this the 19th day of September, 2008.

           **s/ HENRY T. WINGATE**

           _____
           **CHIEF UNITED STATES DISTRICT JUDGE**