IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

CHRISTOPHER WILLIAMS and
SHELEITHE WILLIAMS                                        PLAINTIFFS

VS.                                    CIVIL ACTION NO. 3:06CV592-HTW-LRA

PATRICK V. MCGEE, HOMECOMINGS
FINANCIAL NETWORK, INC.; RICHARD M.
LINGLE, PLLC; AMSTAR; PREMIER
MORTGAGE; JP MORGAN CHASE BANK;
and JOHN DOES 1 - 10                                      DEFENDANTS

## AGREED FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE

CAME BEFORE THE COURT FOR HEARING the joint motion *ore tenus* of Plaintiffs

Christopher Williams and Sheleithe Williams ("Plaintiffs") and Defendants/Counter-Plaintiffs

Homecomings Financial, LLC, formerly known as Homecomings Financial Network, Inc.

("Homecomings") and Bank of New York Trust Company, N.A., successor to JP Morgan

Chase Bank, N.A. (the "Trustee") (collectively, "Homecomings") seeking the entry of an

**Agreed Final Judgment of Dismissal with Prejudice** resolving the claims at issue

between them in this matter.  The Court, having considered the matter and finding all

interested parties in agreement, finds that the motion is well taken and should be granted.

Thus, the Court

FINDS that this case arises from a mortgage loan transaction related to real

property located at 325 Kingsbridge Road, Madison, Mississippi 39110 (the "Subject

Property"). The Court further

FINDS that Homecomings, through the Trustee, previously foreclosed on the subject property on September 8, 2006. The Court further

FINDS that Homecomings, through the Trustee, previously obtained an Order and Judgment for Possession of the Subject Property entered on November 17, 2006, which provided that Homecomings' substitute trustee, the Trustee, was the "rightful owner in fee simple with full rights of possession" of the Subject Property. Based on these findings, it is, therefore,

ORDERED AND ADJUDGED that any and all claims brought by Plaintiffs against Homecomings and the Trustee in this civil action shall be, and hereby are, DISMISSED WITH PREJUDICE with each party to bear its respective costs, fees and expenses. It is further,

ORDERED AND ADJUDGED that Homecomings and the Trustee are entitled to judgment on their counterclaim against Plaintiffs for breach of contract and possession of the Subject Property. It is further,

ORDERED AND ADJUDGED that Homecomings and the Trustee are entitled to immediate possession of the Subject Property. Pursuant to the agreement of the parties, the Plaintiffs have agreed to peacefully vacate the premises on or about August 15, 2009.

ORDERED AND ADJUDGED that this is a Final Judgment within the meaning of the

Federal Rules of Civil Procedure and that any appeal of this Order must be brought within

the time provided by law from the date of entry of same.

SO ORDERED AND ADJUGED, this the 29th day of July, 2009.


S/ HENRY T. WINGATE
_____
CHIEF UNITED STATES DISTRICT JUDGE

**SUBMITTED BY:**

s/ H. Curtis Crowley_____
H. Curtis Crowley (MSB No. 99556)
The Crowley Law Firm
P.O. Box 4673
Jackson, Mississippi 39296

ATTORNEY FOR PLAINTIFFS
CHRISTOPHER AND SHELEITHE WILLIAMS


s/ P. Ryan Beckett_____
P. Ryan Beckett (MSB No. 99524)
BUTLER, SNOW, O'MARA,
  STEVENS & CANNADA, PLLC
17th Floor, AmSouth Plaza
Post Office Box 22567
Jackson, Mississippi 39225-2567

ATTORNEYS FOR DEFENDANT
HOMECOMINGS FINANCIAL NETWORK, INC.


Civil Action No. 3:06-cv-592 HTW-LRA
Agreed Final Judgment of Dismissal with Prejudice